

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**Roger PLUMLEY, Plaintiff–Appellee,**

v.

**Douglas Alfred James MOCKETT, Defendant–Appellant.**

**No. 05–1028.**

United States Court of Appeals, Federal Circuit.

Oct. 21, 2005.

Before NEWMAN, MAYER, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

**Michael D. DUGGAN, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR, Respondent.[1]**

**No. 05–3321.**

United States Court of Appeals, Federal Circuit.

Oct. 26, 2005.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 30 days from the date of filing of this order.

1. Required for use on petitions, formal briefs and appendices, court opinions, and disposi- tive court orders. FRAP 12(a); 32(a).